

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00457-CV

IN RE J.H., Relator

§ Original Proceeding

§ 89th District Court of Wichita County, Texas

§ Trial Court No. 190,898-C

§ January 19, 2023

§ Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered Relator's petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to vacate that part of its August 30, 2022 order appointing Real Party in Interest Mother as temporary sole managing conservator and Relator Father as temporary possessory conservator, as well as any other language in the temporary orders modifying the managing-conservatorship rights of Father and Mother from their joint-managing-conservatorship rights as ordered in the Agreed Final Decree of Divorce dated April 22, 2020. All other

requested relief by Father is denied. Because we are confident that the trial court will comply with these directives, the writ will issue only if the trial court fails to do so.

Our temporary order of November 23, 2022, staying the trial court's temporary restraining order of November 22, 2022, remains in place for fifteen days after the date of this opinion, after which it will expire automatically without further order unless either party files a timely motion for rehearing. *See* Tex. R. App. P. 52.9. If either party files a timely motion for rehearing, then our temporary order will remain in place until further order of this court.

It is further ordered that Relator Father must pay one-half of the costs of this proceeding and that and that Real Party in Interest Mother must pay one half of the costs of this proceeding.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Elizabeth Kerr